United States District Court for the District of Mass.

FILED
Clerk's Office
USDC Mass.
Date 5/23/13
By
Deputy Clerk

Tyrone Hurt, (See: Haines v. Kerner, 1972) 432 Chesapeake St. S.E. #33! W.D.C., 20032! 21 489-7466

Plaintiffs

Civil Action No.

v.

All Neo-Nazis' (white supremacists', et al., Across this Nation, (U.S.A.) and All KKK, etc's, Across this Nation, (U.S.A.): (See: Bivens v. Six (6) Unknown Narcotics' Agents (1972)

v.

Hurt v. D.C. Board of Parole, C.A. No. 04-CV-01184-(UNA) United States District Court for the D.C. Circuit: 333 Constitution Ave. N.W., W.D.C., 20001-

v.

Hurt v. D.C. Board of Parole, 06-CV-01153-(UNA),

v.

Hurt v. D.C. Board of Parole, 06-CV-01399-(CKK)

Cover pg. 2

(2)

v.

United States of America, et. al.,
(See: Bivens v. Six (6) Unknown
Narcotics' Agents - (1973)

AND

United States Service Agency
(1979) (See: Haines v. Kerner, 1973)

AND

Federal Bureau of Investigation,
et. al. (See: Haines v. Kerner, 1973).

Defendants,

## Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C.; Title 28, Section 1330, U.S.C.; Title 28, Section, 1331 + 1332, U.S.C.; Title 28, Section 1915, U.S.C.;

2. I Demand a trial by Jury on all the issues involved.

3. I am a citizen of the D.C. and of the U.S.A.
4. The amount in controversy exceeds $75,000.00 Dollars exclusive of the interest and cost.

Statement of the Facts of the Case.
Memorandum of Law

1. The Plaintiffs, Tyrone Hurt, the Plaintiffs, Mr Morris Dees, the S.P.L.C. and staff, et al., 400 Washington Ave., Montgomery, Ala., the U.S. Secret Service Agency - (1969-) et al., the Plaintiffs, and the F.B.I. et al., the Plaintiffs, and repeatedly stated that since this country was uninhabited by human life, when it was first (1st) noticed by the naked-eye by human life, then, the building of this country, wasn't meant to be focused on person, individuals of Neo-Nazi's, KKK, etc., or any other illegal violent organizations, bent on destroying the very fabric of a civilization, as, the country of lynchings, murders, or any other destructive mechanisms, (See example: The Trayvon Martin, murder by Mr. George Zimmerman - (A racist to a terrorist; deceased terrorist Mr. O. Bin Laden - terrorist-organization - Al-Queda, which all these episodes of continuing violent acts - are in violation of, term World Order and humanitarian order. (See The American College Dictionary meaning of these words) (Also see The Hate Crime Prevention

Acts:

2. The Plaintiff respectfully states that in the year of 1619, the inhabitants of this Nation, (U.S.A.) went to the continent of Africa, and captured members' of that said continent of Africa - (Africans) and brought to the alleged United States of America, to help build A Nation, (U.S.A.) in violation of the Eighth (8th) Amendment Right to the U.S. Constitution, (1608-) (1775-) and thus humanitarian Order and World Order, violations, as opposed to once (i) this Nation, (U.S.A.) was completed, them to send these African - members' back to the country of Africa in compliance to World Order.

3. The Plaintiff respectfully states that for this Honorable Court to see exhibit attached hereto: George (Cross), The Plaintiff respectfully states that this Honorable Court to see The First (1st) to 44th. President of the United States and these Presidents', through sworn under oath, to protect, to defend, and to preserve the U.S. Constitution, (1608-) (1775-). The economy of the small country of Viet Nam of the "poppy" seed which can be and is cultivated into the deadly drug of "heroine" and just like the economy of South America, where the inhabitants of that

Country picks-up-these acorns (just as here in the fall of the year), that is the deadly "cocaine" and is therefore, that can grow almost anywhere including the United States of America, and these Rockefeller, Drug laws targeted against Americans are in violation of the Eighth (8th) Amendment Rights to the U.S. Constitution, (1688-) (1775-), (See exhibits attached hereto: Mr. George Jones),

Memorandum of Law

1. See: U.S. Constitution, (1688-) (1775-)
See: The country of Viet Nam
See: The United States of America
See: The country of South America
See: Title 28, Section 1915, U.S.C.
See: The American College Dictionary meaning of pauper, etc.
See: Morrissey v. Brewer-(1972)
See: District of Columbia Government
See: Mary Surratt-(1863) etc.
See: The History of the KKK, etc.

Relief

C. The Plaintiffs seeks the urgency of placement of placement into exile, expellment, and expulsion of the KKK, etc., (all Hate Groups, etc.), and just, true,

compensation by this Motion, (U.S.A.) of the illegal, premeditation order, capture of members of the African Race of the continent of Africa, of the year of 1619, to there waiting friends, families, as soon as the administration of Justice allows and permits.

Affidavit of Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff, and through Haines v. Kerner, 1972, and respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

Certification of Service.

I, Tyrone Hurt, the Plaintiff, and through Haines v. Kerner, 1972, and respectfully states that I have upon this 17th day of May, 13, have sent the foregoing complaint to the U.S. Dist. Ct. for the District of Mass., to make service upon the Atty. for the

(7)

Defendants,
S (Gyme, Kirk)
(Plaintiffs, Pro se)
(Prisoner in Custody)
((1913))

[illegible] IPC-(1946)