# CONSTANT THREATS KEEP SPLC ON HIGH ALERT
## More Than 30 Jailed for Plots to Harm SPLC or Its Staff



f.m.d.c

October 6th, Clarksville Ohio

$15 at the door, starts @ 7:30 pm

### F*** MORRIS DEES CONCERT

The Supreme White Alliance is using its hatred of Morris Dees to promote a neo-Nazi gathering. The flyer says they will *"show that piece of s*** (Morris Dees) what we truly feel about turning your back upon your kind."* A member of this group went to jail for plotting to assassinate President Obama.



### KLANSMEN BURN SPLC OFFICE

In an attempt to destroy evidence gathered by SPLC investigators for a major lawsuit against a Klan group, three Klansmen firebombed SPLC's first headquarters. Before the blaze, one arsonist tried to recruit a follower to assassinate Morris Dees. Three men went to prison for this crime.





### SPLC PRESIDENT'S HOME AND FAMILY THREATENED

Richard Cohen's home address was recently posted on a white supremacist site with a map, photos, and this threat: *"[It] doesn't look like their fortress-like office building. ... There's a synagogue a couple of blocks away, so this might be a Jewish enclave of Montgomery, Alabama."*

### SPLC IS THE #1 ENEMY OF HATE GROUPS

SPLC's successes in targeting these dangerous groups have put us at the top of their enemy list. Many members of racist and extremist groups are well-armed and highly skilled in weapons and tactical planning.



### ARRESTS THWART BOMB PLOT TO DESTROY SPLC BUILDING

Willie Ray Lampley and other members of the Oklahoma Constitutional Militia were sentenced to federal prison in connection with a plot to destroy SPLC offices with the same type of bomb used in the Oklahoma City bombing.

 [You will] face the consequences for what you disgusting hateful pigs have done.
— August 1

Anyone affiliated with the SPLC deserve[s] to hang off of a tree.
— July 6

— SPLC STAFF IS REGULARLY UNDER PRESSURE FROM THREATS LIKE THESE

OVER for information on SPLC security measures.

# GEORGE SOROS

Dear Friend,

If there is one principle that has guided both my work in the financial markets and my efforts to promote the ideal known as the "open society," it is the fact of human fallibility.

It was an idea I first encountered studying philosophy at the London School of Economics: We can prove what is *not* true, but we cannot say conclusively what *is* true.

Hence the necessity of the open society—one in which any proposition can be freely and peacefully discussed, challenged and debated.

Perhaps to some students, this idea of human fallibility was a philosophical abstraction.

But having escaped both the Nazi and communist occupations of Hungary, I saw its implications immediately: Any regime that claims to possess the absolute, unchallengeable truth is making an empirically false claim—and can only sustain it by shutting down dissent.

I have devoted my life since then to helping build open societies and overcome closed ones. Today, I am engaged in that fight right here in the United States.

Here in our own country, nothing so resembles the closed society than the tragic failure known as the war on drugs.

The war on drugs has all the characteristics of a closed society: the absolute powers claimed by the authorities, the attempt to silence critics rather than engage them, and, of course, the human costs that inevitably result—our failure to deal with addiction, the violent crime our drug policies have spawned, and more.

That is why, among the many causes in which I am involved, I support an exceptional group called the <u>Drug Policy Alliance</u>. And it is why, today, I am urging you to do the same. The Drug Policy Alliance—or DPA, as they are known—is a movement of mainstream Americans working to end the war on drugs and replace it with sensible policies that actually work.

In a political environment where anyone who dares to criticize the war on drugs is labeled with the epithet "soft on crime," DPA is unafraid to state the truth.

And equally important to me, <u>they achieve tangible results.</u>

The Drug Policy Alliance has played a crucial role in passing medical marijuana laws in most of the 15 states where medical marijuana is now legal.

They led the way in reforming New York State's draconian Rockefeller Drug Laws that made an example of just about everyone convicted of a drug charge.

*(Over, please)*

In California, they spearheaded Proposition 36, the single biggest sentencing reform in the United States since the repeal of alcohol Prohibition. Thanks to the initiative, over 300,000 people who were arrested for possessing a small amount of drugs have been diverted from prison.

And their highly respected "Safety First" curriculum speaks to young people about drugs in a realistic and respectful way—a way that they can hear.

The Drug Policy Alliance has achieved all this with a staff of political professionals and policy experts who are respected on both sides of the aisle, from Capitol Hill to state capitals across the country.

But the backbone of this movement is the support of Americans just like you who are unwilling to pay ever higher costs—measured in our taxes as well as our liberty—for what every serious person knows, and what many politicians privately admit, is an abject failure.

I too am one of those Americans, and that's why I am proud to actively participate on DPA's board and to count myself as one of the more than 175,000 members who support this vital organization as donors and activists.

I may not know what the answer to the drug problem is—but I know what it is not.

I know the answer is not to fill our prisons with nonviolent people who need help overcoming the medical problem of addiction. I know the answer is not to deny relief to patients whose doctors tell them marijuana might lessen excruciating pain or other debilitating symptoms.

I know the answer is not to empower police with quasi-military powers that stretch the Constitution past the breaking point.

I know all this not because I have the answers, but rather because irrefutable evidence has piled up for decades. The drug war is a failure.

Case in point is our approach to marijuana regulation. The criminalization of marijuana did not prevent that drug from becoming the most widely used illegal substance in the United States and many other countries. But it did result in extensive costs and negative consequences.

Law enforcement agencies today spend many billions of taxpayer dollars annually trying to enforce this unenforceable prohibition. The roughly 750,000 arrests they make each year for possession of small amounts of marijuana represent more than 45% of all drug arrests.

Regulating and taxing marijuana would simultaneously save taxpayers billions of dollars in enforcement and incarceration costs, while providing many billions of dollars in revenue annually. It also would reduce the crime, violence and corruption associated with drug markets, and the violations of civil liberties and human rights that occur when large numbers of otherwise law-abiding citizens are subject to arrest. Police could focus on serious crime instead.

But advocates for the war on drugs treat these facts in the same way all advocates of failed ideologies attempt to do: by spreading misinformation and shutting down debate.

*(Next page, please)*

-3-

They have intimidated their political opponents, substituted epithets for arguments and silenced dissent.

This is the very epitome of the closed society. DPA is answering with the values of an open society—a courageous willingness to state the facts, challenge the conventional wisdom and ask the hard questions ... and a steadfast confidence that doing so will expose the ideology of the drug war as the failure that it is.

Will you join me in this effort? Will you refuse to accede to the silence on which the drug war thrives?

I hope the answer is yes, and that you'll become a member of the Drug Policy Alliance today.

Your contribution will fund DPA's efforts to end the war on drugs and replace it with constructive policies that reduce the harms of drug misuse, help people who have problems with drugs, and prepare children realistically for difficult decisions about drugs.

The Drug Policy Alliance has already achieved so much, even in a political environment that discourages dissent on this issue.

Imagine how much more they can achieve at this extraordinary moment of political opportunity, with a President in office who has criticized the drug war, efforts underway in Congress to reform criminal sentencing, and more.

This is—or can be—a historic moment, but only if you and I seize it by speaking out against the war on drugs and pushing for change through the Drug Policy Alliance.

I ask you to do this for the sake of the open society to which I have committed my life. I ask you to do this in opposition to the idea of the closed society from which, as a child and then a young man, I fled.

Most of all, I ask you to join the Drug Policy Alliance because none of us can say with complete certainty what the answer to the drug problem is. But all of us can be certain, on the basis of massive, irrefutable evidence, that the war on drugs is not it. Please join me in speaking out today.

Sincerely,

George Soros

P.S.    The drug war is failing us. As a parent, grandparent and concerned citizen of this country, I must speak out against it. I hope you will too, and that you will join me in supporting the Drug Policy Alliance today. Thank You.

DPA45597C08

# Here's what concerned Americans — both liberal and conservative — have said about the war on drugs...

"Penalties for the possession of a drug should not be more damaging to an individual than the use of the drug itself."

**Jimmy Carter, 39th President of the United States**

★ ★ ★

"I'm always for an open debate... We ought to study very carefully what other countries are doing that have legalized marijuana."

**Arnold Schwarzenegger, Republican Governor of California**

★ ★ ★

"Drug offenders, most of them passive users or minor dealers, are swamping our prisons. ...Yet locking up more of these offenders has done nothing to break up the power of the multibillion-dollar illegal drug trade."

**Jim Webb, Democratic Senator from Virginia**

★ ★ ★

"Can any policy, however high-minded, be moral if it leads to widespread corruption, imprisons so many, has so racist an effect, destroys our inner cities, wreaks havoc on misguided and vulnerable individuals and brings death and destruction to foreign countries?"

**Milton Friedman, Nobel Prize Winner, Economics**

★ ★ ★

"We've got to take a look at what we're considering crimes. I'm not exactly for the use of drugs, don't get me wrong. But I just think criminalizing marijuana...criminalizing the possession of a few ounces of pot...is costing us a fortune and ruining young people who go into prison as youths and come out hardened criminals.

**Pat Robertson, Founder, Christian Broadcasting Network**

★ ★ ★

"Never has it been more important to have a national drug control strategy guided by sound principles of public safety and public health."

# SPLC responds to massacre at Sikh temple

A neo-Nazi's murderous rampage at a Sikh temple in Wisconsin this past August thrust the Southern Poverty Law Center into the national spotlight and reinforced its warnings about the rising threat of domestic terrorism from far-right extremists.

Because of its expertise in tracking hate groups and its extensive database, the SPLC was the first to publicly identify the shooter, Wade Michael Page, as a neo-Nazi skinhead and a longtime hate rock musician who had performed with several bands notorious for their racist and anti-Semitic lyrics. The SPLC had been tracking Page's activities for a decade.



Wade Michael Page

The 40-year-old, heavily tattooed Page killed six worshippers and critically wounded a police officer when he stormed the temple on Aug. 5. He killed himself with a shot to the head after police wounded him in the stomach.

The SPLC also was able to confirm that Page was a member of the Hammerskin Nation, a particularly violent federation of racist skinheads that has long been monitored by the SPLC.

## Gunman a longtime white supremacist

The gunman who committed this horrific attack had long been a fixture on the white supremacist music scene and active with violent skinhead groups," said SPLC Senior Fellow Mark Potok. "And like many white supremacists, he was apparently frustrated by the lack of action being taken to defend the white race, which he believed was under siege."

In the aftermath of the Aug. 5 attack in Oak Creek, Wis., the SPLC responded to hundreds of requests for information about the threat of extremism from the media, the public and law enforcement agencies.

AP PHOTO/JEFFREY PHELPS

In addition, SPLC President Richard Cohen participated in a conference call in which the Department of Homeland Security (DHS) briefed members of its Countering Violent Extremist Working Group on the federal response to the shooting. Cohen is a member of that group.

Just this past May, the SPLC released a special training video to help law enforcement officials recognize and respond to the threat posed by violent skinheads like Page. More than 50,000 officers received the video free of charge, and it is available at no cost to any agency that requests it. After the shooting, a number of agencies told the SPLC they would be urging officers to watch it as soon as possible.

## SPLC documents extremism

The Sikh temple shooting is just the latest in a long string of domestic terror attacks by right-wing extremists. The SPLC has documented more than 100 plots, racist rampages and acts of terror by the radical right since the Oklahoma City bombing

Members of the Wisconsin Sikh Temple put up an American flag before their first service following the mass shooting on Aug. 5.

in 1995, which killed 168 men, women and children.

And earlier this year, the SPLC reported a third straight year of extraordinary growth that has swelled the ranks of extremist groups to record levels. The SPLC is now tracking 1,018 hate groups — a 69 percent increase since 2000 — in addition to 1,274 antigovernment "Patriot" groups, which include armed militias.

As the SPLC documented, Page was a member of two racist skinhead bands — End Apathy and Definite Hate, a band whose album "Violent Victory" featured a gruesome drawing of a disembodied white arm punching a black man in the face.

In 2010, Page gave an interview to a white supremacist website where he said End

Continued on page 3