United States District Court for the District of
Massachusetts

FILED
IN CLERK'S OFFICE
2023 DEC -1 PM 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

Date: 11/3/23

Memo:

To: Clerk; Chief Judge; and all associate Judges, to the United States District Court for the District of Massachusetts;

From: Tyrone Hurt; Haines v. Kerner, 1972 - "Pro-se"; 317 Kentucky Ave. S.E. #2, W.D.C., 20003

Re/ex: U.S. Constitution, (1608-) (1775-);
Haines v. Kerner, 1972 - "Pro-se"
Article III, section 1, to the U.S. Constitution, (1608-) (1775-);
Hurt v. All Neo-Nazis, Civil Action No. 13-11321-IT (D. Mass. June 20, 2013) (ECF No. 5);

Dear Clerk; U.S. District Court for the District of Massachusetts;

I am respectfully writing you this letter in regards to: Re: Hurt v. All Neo-Nazis, Civil Action No. 13-11321-IT (D. Mass. June 20, 2013) (ECF No. 5), inasmuch, such, Plaintiff, is respectfully requesting, whether there has been a

decision and/or ruling by the court on, such, civil action complaint, mentioned herein, and its art, when will there be a decision and/or ruling, in this matter.

8) Therefore, any help or consideration that is given, will be greatly appreciated with the utmost respect.

Respectfully,

_Tyrone H___
(Plaintiff, pro-se)
(Tyrone H. Turner, pro-se)