UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYRONE HUNT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   No. 1:13-cv-11321-IT |
| | * |
| ALL NEO-NAZIS, et al., | * |
| | * |
| Defendants. | * |

ORDER

January 8, 2024

TALWANI, D.J.

Plaintiff Tyrone Hunt, proceeding pro se, has filed Motion for Leave to Appeal *in Forma Pauperis* [Doc. No. 20] certain orders issued in 2013. The motion is DENIED.

Under the *in forma pauperis* statute, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Regardless of any subjective good faith on the part of the appellant, "good faith" within the meaning of 28 U.S.C. § 1915(a)(3) is only demonstrated when a litigant seeks "appellate review of any issue not frivolous." Coppedge v. United States, 369 U.S. 438, 445 (1962). An issue is frivolous if "no reasonable person could suppose [it] to have any merit." Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000).

Here, Hunt's Notice of Appeal [Doc. No. 7] was filed on July 8, 2013. Hunt did not seek leave in the District Court at that time to proceed *in forma pauperis* on appeal. On November 7, 2013, the United States Court of Appeals for the First Circuit dismissed the appeal and pending motions for Hunt's failure to pay the filing fees. Judgment [Doc. No. 10]. The Mandate [Doc. No. 11] issued on December 2, 2013.

Accordingly, this court certifies that any further appeal is not taken in good faith, and Hunt's request ten years after the original appeal was dismissed to proceed on appeal *in forma pauperis* is denied as untimely and frivolous.

IT IS SO ORDERED.

January 8, 2024                                        /s/ Indira Talwani
                                                       United States District Judge