...has set of defendants and to the District to
Massachusetts:

| | |
|---|---|
| Tyrone Hurt (ely Haines v. Kerner, 1972) 317 Kentucky Ave. S.E. #2, W.D.C, 20003 Plaintiff | Civil Action No. 13-11321-(RWZ) |
| v. All, Neo-Nazis' (White supremacists'), et. al. Defendants, | Notice: lee: Hurt et. State to Correct ict, |
| Action for Notice to Appeal in forma pauperis and the Appointment to Travel, pursuant to Title 28, Section 1915, U.S.C. | D. M. Civil Action No. 13-12401-(RWZ) |
| (Comes now, Tyrone Hurt, the Appellant, and respectfully moves the Honorable, U.S. District Court for the District to Massachusetts, for leave, to, Action for Notice to Appeal in forma pauperis, and the Appointment to Travel, pursuant to Title 28, Section 1915, U.S.C, for the following reasons: | Appeals No. 13-1234 |

1. Whether the lower Court erred in the Order to 6/20/13, dismissing the complaint, was an abuse to its discretion,

Motion to proceed in forma pauperis,
pursuant to Title 28, section 1915, U.S.C.

Comes now, Tyrone Hurt, the Appellant, and
respectfully moves the Honorable, U.S. District Court
for the District of Massachusetts, for leave, to proceed
in forma pauperis, pursuant to Title 28, section 1915,
U.S.C., for the following reasons:

1.    The Appellant respectfully states that due unto to
my poverty, that I am unable to pre-pay the said
costs or fees for the filing to the foregoing motion,
and that said Appellant to be allowed and permitted,
to proceed in forma pauperis, pursuant to Title 28,
section 1915, U.S.C. — See: District to Massachusetts
Local Rule 40 (G)(1) (relates, civil cases).

_Memorandum to Law_

1. See: U.S. Constitution, (1608-)(1775-);
   See: Title 28, section 1915, U.S.C.;
   See: Blacks' Law Dictionary — (2009-);

_Relief_

1. The Appellant seeks said grant to; Motion for
leave to Appeal in forma pauperis and the appointment
to Counsel, pursuant to Title 28, section 1915, U.S.C.

Affidavit of Poverty,
pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Hurt, the Appellant, and respectfully
states that because to my poverty, that I am unable to
pre-pay the said costs or fees for the filing of the foregoing
motion, that I am unable to give security for
the same, that I believe that I am entitled to the
redress that I now seek.

Certification to Service.

I, Tyrone Hurt, the Appellant, and respectfully
states that I have upon this 14th. day to April 26,
have sent the foregoing motion to the U.S. District Ct.
for the District of Massachusetts, to make service upon
the Atti. for the Appellee's.

Respectfully Submitted,
8 Tyrone Hurt
(Plaintiff, Pro-Se)
(Haines v. Kerner, 1972)